# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARA GARDNER, ) | |
|     Plaintiff, ) ) | Case No. No. 2023-cv-03069 |
| v. ) ) | |
| UNIVERSITY OF ILLINOIS HOSPITAL AND HEALTH SYSTEM, REBECCA HENLLAN-JONES, DOREEN NORRIS-STOJAK, GILDA VILCHES, THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, ) ) ) ) ) ) ) ) ) | Judge April M. Perry<br><br>Magistrate Judge Maria Valdez |
|     Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's November 19, 2024, minute order (Dkt. # 43), the Plaintiff and Defendants jointly submit this Joint Status Report regarding the status of discovery.

1. The parties confirm that they have completed discovery by the Court's 12/31/24 deadline.

2. The parties request that the matter be referred back to Judge Perry for further proceedings, including the scheduling of dispositive motions.

Respectfully submitted,

*/s/Kendra D. Spearman*
Kendra D. Spearman
Attorney for Plaintiff
Spearman Law, LLC
150 S. Wacker Drive, 24th Floor
Suite 820
Chicago, IL 60606
(312) 788-2602 (ph)
kendra@spearmanlaw.com

*/s/ James J. Powers*
James J. Powers
Roxana M. Underwood
Attorneys for Defendant
Clark Baird Smith, LLP
6133 N. River Rd, Suite 1120
Rosemont, IL 60018
847-378-7700 (ph)
jpowers@cbslawyers.com
runderwood@cbslawyers.com

**Dated: January 8, 2025**

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he caused a true and correct copy of the foregoing Joint Status Report to be served upon the following, via the Court's CM/EFC electronic filing system on January 8, 2025:

>Kendra Spearman
>Spearman Law, LLC
>150 S. Wacker Drive, 24th Floor.
>Chicago, IL 60606
>(312)788-2602
>kendra@spearmanlaw.com

By:    /s/ James J. Powers
       James J. Powers