# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **ARA GARDNER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2023-cv-03069 |
| v. ) | |
| ) | Hon. April M. Perry |
| ) | |
| **REBECCA HENLLAN-JONES,** ) | |
| **DOREEN NORRIS-STOJAK, GILDA** ) | |
| **VILCHES, and THE BOARD OF** ) | **JURY TRIAL DEMANDED** |
| **TRUSTEES OF THE UNIVERSITY** ) | |
| **OF ILLINOIS,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF JOINT MOTION FOR MODIFICATION OF THE DISPOSITIVE MOTION SCHEDULE

PLEASE TAKE NOTICE that on April 23, 2025, at 10:00 a.m., we shall appear before the Honorable Judge April M. Perry in **Courtroom 1725** or before any other judge who may be sitting in her place, at the Everett McKinley Dirksen United States Courthouse, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **JOINT MOTION FOR MODIFICATION OF THE DISPOSITIVE MOTION SCHEDULE.**

**DATED: April 16, 2025**

James J. Powers ARDC No. 6256540
CLARK BAIRD SMITH LLP
6133 North River Road, Suite 1120
Rosemont, Illinois 60018
Telephone: (847) 378-7707
jpowers@cbslawyers.com

Respectfully submitted,

**UNIVERSITY OF ILLINOIS**

By: /s/ James J. Powers
     One of Its Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that she has caused a correct and true copy the foregoing **Joint Motion for Modification of the Dispositive Motion Schedule** and **Notice of Motion** to be served upon the following parties by the Northern District Eastern Division's ECF System on April 16, 2025:

**Kendra D. Spearman** (ARDC No. 6324689)
Spearman Law, LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
312.788.2602
kendra@spearmanlaw.com

By: **/s/ James J. Powers**
Attorney for Defendant