# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ARA GARDNER, | ) | |
|     Plaintiff, | ) ) ) | No. 2023-cv-03069 |
| v. | ) ) ) | Hon. April M. Perry |
| REBECCA HENLLAN-JONES, DOREEN NORRIS-STOJAK, GILDA VILCHES, and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
|     Defendants. | ) ) | |

## JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE
## AND POSTPONEMENT OF DISPOSITIVE MOTION BRIEFING SCHEDULE

Plaintiff, ARA GARDNER, and Defendants, REBECCA HENLLAN-JONES, DOREEN NORRIS-STOJAK, GILDA VILCHES and BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, by and through their counsel, move this court for a referral to a magistrate judge for settlement purposes and a suspension of the summary judgment briefing schedule during the pendency of the magistrate judge referral. In support of said motion, the parties state as follows:

1. On April 17, 2025, the Court entered a minute order (Dkt. # 53) setting a dispositive motion deadline for June 30, 2025.

2. At the time of the aforementioned minute order, the parties were actively exploring settlement. The parties were cautiously optimistic that settlement would soon occur because their respective settlement proposals were less than $50,000 apart.

3. Since April 17, 2025, a new development occurred that has complicated settlement efforts. As a result, the parties' settlement positions are now further apart than they were on April 17, 2025.

4. The parties believe that a magistrate judge can help bridge the gap between the parties'

respective positions at a settlement conference.

5. In turn, the parties believe it is beneficial to postpone the dispositive motion briefing schedule so that the parties can avoid the time and expense associated with such a motion and instead focus their efforts on achieving a mutually agreeable resolution to the above-captioned complaint with the help of a magistrate judge.

WHEREFORE, the parties respectfully move this Honorable Court to (a) refer this matter to a magistrate judge for purposes of holding a settlement conference; and (b) postpone the dispositive motion briefing schedule until the completion of that settlement conference.

Respectfully submitted,

By: ___/s/ James J. Powers_____　　　　By: ___/s/ Kendra Spearman_____
      Attorney for Defendants　　　　　　　　　　　　　　　Attorney for Plaintiff

James J. Powers (ARDC No. 6256540)　　　　Kendra Spearman (ARDC No. 6324689)
Clark Baird Smith LLP　　　　　　　　　　　　　Spearman Law LLC
6133 North River Road　　　　　　　　　　　　150 S. Wacker Drive
Suite 1120　　　　　　　　　　　　　　　　　　24th Floor
Rosemont, Illinois 60018　　　　　　　　　　　Chicago, Illinois 60606
jpowers@cbslawyers.com　　　　　　　　　　kendra@spearmanlaw.com
(847) 378-7707　　　　　　　　　　　　　　　(312) 788-2602

June 24, 2025

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies, on oath, that the foregoing, Joint Motion for Modification of the Dispositive motion Schedule was served upon the following counsel of record via the Court's electronic filing system on June 24, 2025.

        **Kendra D. Spearman** (ARDC No. 6324689)
        Spearman Law, LLC
        150 S. Wacker Drive, 24th Floor
        Chicago, IL 60606
        312.788.2602
        kendra@spearmanlaw.com


        By: ___/s/ James J. Powers_____
              James J. Powers