# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| Ara Gardner<br><br>                                Plaintiff,<br>v.<br><br>The Board of Trustees of The University of Illinois, et al.<br><br>                                Defendant. | Case No.: 1:23−cv−03069<br><br>Honorable April M. Perry |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2025:

      MINUTE entry before the Honorable April M. Perry: The Court has received the joint motion requesting that the Court strike the dispositive motion briefing schedule to allow the parties to explore settlement [54]. The Court grants the motion, strikes the previously−set summary judgment briefing schedule, and refers this case to the Magistrate Judge for the purposes of a settlement conference. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.